# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**485**
**KA 15-01650**
PRESENT: SMITH, J.P., CENTRA, DEJOSEPH, CURRAN, AND SCUDDER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                    ORDER

CHRISTOPHER ZINK, ALSO KNOWN AS CHRISTOPHER G.
ZINK, DEFENDANT-APPELLANT.

---

NAPIER & NAPIER, ROCHESTER (JAMES A. NAPIER OF COUNSEL), FOR
DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (STEPHEN X. O'BRIEN OF
COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Monroe County Court (James J.
Piampiano, J.), rendered February 28, 2013. The judgment revoked
defendant's sentence of probation and imposed a sentence of
imprisonment.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Entered:  June 10, 2016                    Frances E. Cafarell
                                           Clerk of the Court